**Order entered September 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00704-CV

## LORY K. WILSON, ET AL., Appellants

## V.

## CAPITAL PARTNERS FINANCIAL GROUP USA, INC., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09275**

## ORDER

Before the Court is the September 16, 2020 unopposed amended motion of appellant Lory K. Wilson for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **September 25, 2020**.

/s/    BILL WHITEHILL
        JUSTICE